Theodore R. Converse, as Receiver of the Minnesota Thresher Manufacturing Company, Appellant, v. John A. Stewart, Respondent.— Judgment affirmed, with costs on authority of 105 Appellate Division, 478. Order filed.

John G. Carlisle, Respondent, v. National Surety Company, Appellant.— Judgment affirmed, with costs. No opinion. Order filed.

William Wheeler Smith, Respondent, v. Amzi L. Barber, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Frank T. Arms, Appellant, v. Navarre Hotel and Importation Company, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Eva Van Emden, Respondent, v. Central Consumers Wine and Liquor Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Wilbur F. Swayze, Appellant, v. The New York and Ohio Coal Mining Company and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Order filed.

Henry Z. Kressler, Appellant, v. Interurban Street Railway Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Order filed.

Bonneville Portland Cement Company, Respondent, v. John O'Brien and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Order filed.

The People of the State of New York ex rel. Dora A. Lehmkuhl and Others, Respondents, v. Edward M. Grout, as Comptroller of the City of New York Appellant.— Orders affirmed, with costs and disbursements. No opinion. Order filed.

J. Quintus Cohen, as Trustee, etc., of John T. Lee, Bankrupt, Respondent, Appellant, v. Ogden D. Budd, as President of the Consolidated Stock and Petroleum Exchange of New York, Appellant, Respondent.— Judgment affirmed, without costs. No opinion. Order filed.

John W. Sterling, as an Executor, etc., of Edwin S. Chapin, Deceased, Respondent, v. Albert K. Chapin, Individually and as an Executor, etc., of Edwin S. Chapin, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. (Ingraham, J., dissenting.) Order filed.

Law Reporting Company, Appellant, v. Dominion Coal Company, Limited, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

New York Life Insurance and Trust Company, Plaintiff, v. Isaac Polstein, Impleaded with Wolf Sheitel, Respondent, and Henry Brill, Defendant.— Order affirmed, with costs. No opinion. Order filed.

In the Matter of the Estate of Patrick A. Fogarty, Deceased. Sarah A. O'Reilly, as Executrix of and Trustee under the Last Will and Testament of Hugh O'Reilly, Deceased, Appellant; Patrick Skelly, as Surviving Trustee under the Last Will and Testament of Patrick A. Fogarty, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.